[No. 21798-4-I. Division One. August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN LLOYD WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00434-4, Byron L. Swedberg, J.,

entered February 19, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Grosse and Pekelis, JJ.